**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Bradley Loy Drell
Gold Law Firm
P.O. Box 6118
Alexandria LA 71307

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 7, 2022

**REHEARING ACTION: December 7, 2022**

**Docket Number: 22   00159-CA**

**ANGELA THOMASEE**
**VERSUS**
**JASON THOMASEE**

**Appealed from Rapides Parish Case No. 234533**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. D. Kent Savoie**
**Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jason Thomasee** has this day been

**DENIED.**

cc: Michael Hathorn Davis, Counsel for the Appellee